AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS ZAMUNDIO-HERNANDEZ and<br>JESUS QUINTERO-FELIX<br>*Defendant(s)* | )<br>)<br>) Case No. 11-mj-259<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2011 through December 2011__ in the county of __Webster__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | conspiracy distribute methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

JOHN HOWARD, Special Agent Iowa DNE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 30, 2011

_Judge's signature_

City and state: Sioux City, Iowa

PAUL A. ZOSS, U.S. Chief Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Special Agent John Howard, being duly sworn and deposed, state that:

I am a Special Agent with the Iowa Division of Narcotics Enforcement, Department of Public Safety. I have been employed with the Iowa Department of Public Safety since November 2000. My first assignment was as a Patrolman with the Ashland, Nebraska, Police Department from December of 1997 to July of 2000. As a patrolman, I received training in the 12 week Basic Academy in Grand Island, Nebraska. At the Academy, I received training in basic Narcotics Investigations and Drug identification. I went to the Iowa Department of Public Safety Basic Academy in July of 2000. At the Academy, I received training in Basic Narcotic Investigations and Drug Identification and was assigned to the Iowa State Fire Marshals Office as an Inspector in Denison, Iowa. In July, 2004, I transferred to the Iowa Division of Narcotics Enforcement and I am currently assigned to the Drug Enforcement Administration Tri-State Drug Task Force in Sioux City, Iowa. My training as a Special Agent was related to controlled substances and consisted of narcotics identification and investigations, and a certification coarse in the identification, investigation, and clean-up of clandestine laboratories sponsored by the Iowa Division of Narcotics Enforcement Division of the Iowa Department of Public Safety. During the time of my employment, I have assisted in all aspects of the investigation of numerous cases involving the possession, sale, and manufacturing of methamphetamine, cocaine and marijuana. During the time of my employment, my specific duties have included the covert and overt investigations of major drug traffickers and the investigation and clean up of clandestine laboratories.

I, Special Agent John Howard, have received the following information regarding this investigation from Special Agent Robert Jones with the Iowa Division of Narcotics Enforcement, Department of Public Safety:

Robert Jones is a Special Agent with the Iowa Division of Narcotics Enforcement, Department of Public Safety. Agent Jones has been employed with the Iowa Department of Public Safety since 1990. Agent Jones went to the Iowa Department of Public Safety Basic Academy in 1990. At the Academy, Agent Jones received training in Basic Narcotic Investigations and Drug Identification. Agent Jones first served as a patrol officer with the Iowa State Capital police for 1 ½ years, from 1990 to 1992. Agent Jones next served as a patrol officer with the Iowa State Patrol from 1992 to 2007. In May of 2007, Agent Jones began service as a Special Agent with the Iowa Division of Narcotics Enforcement, Department of Public Safety. Agent Jones' as a Special Agent was related to controlled substances and consisted of narcotics identification and investigations, and a certification coarse in the identification, investigation, and clean-up of clandestine laboratories sponsored by the Iowa Division of Narcotics Enforcement Division of the Iowa Department of Public Safety. In 2007, Agent Jones attended and completed the two-week course for Basic Narcotics Investigations sponsored by the Drug Enforcement Administration. During the time of Agent Jones' employment with the Iowa Division of Narcotics Enforcement, Agent Jones has assisted in all aspects of the investigation of numerous cases involving the

possession, sale, and manufacturing of methamphetamine, cocaine and marijuana. During the time of Agent Jones' employment with the Iowa Division of Narcotics Enforcement, his specific duties have included the covert and overt investigations of major drug traffickers and their organizations and the investigation and clean up of clandestine laboratories.

From December 7, 2011, through December 11, 2011, state of Iowa agents, using a confidential informant (CS #1), recorded several telephone conversations/text messages with a Target to set-up a controlled purchase of approximately 1/4 pound of methamphetamine for $6,000 in Fort Dodge, Iowa. During these recorded messages/ conversations the Target stated that his/her source did not deal in small quantities, was coming a long way and was probably bringing one pound of methamphetamine and the Target and source would need to know how long it would take CS #1 to sell the methamphetamine. During these recorded messages/conversations the Target stated that his/her source had arrived during the evening of December 10, 2011, and was upset CS #1 had not arrived during the evening of December 10, 2011, for the transaction. The transaction was ultimately set-up for about 9:30 AM on December 11, 2011, at the Target's residence.

On December 11, 2011, at about 9:30 AM, state of Iowa agents, using CI #1 conducted a controlled purchase of approximately 1/4 pound of methamphetamine for $6,000 (in pre-serialized US Currency per law enforcement) from the Target in Fort Dodge, Iowa, at the Target's residence with visual and audio surveillance thereof. Approximately 1/4 pound of methamphetamine was purchased hand to hand by CI #1 from the Target inside a residence. According to CI #1 the Target took the $6,000 and said he/she had to give it to the source and went to another room in the house and then returned with the methamphetamine. When asked if he/she had any more methamphetamine, the Target said he/she had another two ounces. The Target also stated that someone down the street had already purchased 8 ounces of methamphetamine from the source for $1,800 per ounce.

During surveillance of this investigative operation and specifically immediately after the controlled drug transaction but shortly before the CS #1 left the residence, officers observed that a blue Toyota pickup truck (with a California rear license plate of 8S17422) leave the Target's residence driven and occupied by two Hispanic male subjects (believed to be the source of methamphetamine for the controlled purchase).

On December 11, 2011, at about 1 PM, an Omaha, Nebraska, police officer conducted a traffic stop on Interstate 80, westbound lanes, of a blue Toyota Tacoma, pickup truck with a California rear license plate (8S17422) but no front license plate. The driver of the vehicle was identified as Jesus QUINTERO-FELIX (by Mexican consular ID) and the passenger was identified as Carlos ZAMUNDIO-HERNANDEZ (by Texas DL). Both occupants of the vehicle were observed to be very nervous during the traffic stop. A trained and certified police dog and his handler/officer conducted an initial search around the vehicle during which the police dog gave a "positive alert" for narcotics on the front passenger door. Officers then searched the vehicle and located

what was believed to be an electronically controlled false compartment in the floorboard of the vehicle. The vehicle was impounded where upon a closer inspection a hidden compartment was accessed (after electronic wires bypassed) by a hidden trap-door which operated with hinges, a spring and locking mechanism. Officers located and seized $16,000 in US Currency and a Ruger 357 magnum revolver with five rounds of 357 ammunition in the false compartment. Officers also located approximately 1.2 grams of cocaine in an overhead sunglass compartment of the vehicle. A subsequent comparison of the $16,000 in US Currency seized in this traffic stop/investigation yielded a match of nearly all the $6,000 in pre-serialized US Currency used in the controlled purchase operation conducted by Iowa law enforcement officers earlier on this same date in Fort Dodge, Iowa (described above).

Carlos ZAMUNDIO-HERNANDEZ admitted to law enforcement that they (ZAMUNDIO-HERNANDEZ and QUINTERO-FELIX) were coming from Fort Dodge, Iowa, and had collected some money from someone for the sale of a car.

Based on the above, the undersigned believes that there is probable cause to believe that Carlos ZAMUNDIO-HERNANDEZ and Jesus QUINTERO-FELIX are involved in a conspiracy to distribute methamphetamine, in violation of Title 21 United States Code Section 846, in the Northern District of Iowa.

JOHN HOWARD, SPECIAL AGENT
DEPARTMENT NARCOTICS
ENFORCEMENT

Sworn and subscribed to before me on this _30_ day of December, 2011, by Iowa DNE Special Agent John Howard.

PAUL A. ZOSS
United States Chief Magistrate Judge
Northern District of Iowa