IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS ZAMUNDIO-HERNANDEZ<br>and JESUS QUINTERO-FELIX,<br><br>    Defendants. | No. 11mj259<br><br>**ORDER** |

_____

This matter will come on for initial appearance on **January 12, 2012 at 1:45 p.m., as to both defendants.**

IT IS SO ORDERED.

DATED this 11th day of January, 2012.

*/s/ Paul A. Zoss*
_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT